UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ISHAQ MUSTAFAA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHERNE CONTRACTING CORPORATION,<br><br>    Defendant. | Case No. 24-cv-07748-PHK<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE PRO HAC VICE APPLICATION**<br><br>Re: Dkt. 26 |

## ORDER TO SHOW CAUSE

On November 6, 2024, Defendant Cherne Contracting Corporation filed a notice of removal. [Dkt. 1]. On March 10, 2025, the Parties stipulated to a protective order and to an order on discovery for electronically stored information. [Dkts 22 and 23]. In the stipulations, Attorney Arthur Rooney, for the Defendant, indicated his *pro hac vice* application was forthcoming. *Id.*

On March 12, 2025, after granting the Parties' stipulations, the Court issued a Clerk's Notice directing Attorney Arthur J. Rooney to file a *pro hac vice* application no later than March 17, 2025, or remove his name from further filings. Dkt. 24 (order granting stipulation on discovery of electronically stored information); Dkt. 25 (order granting stipulation on protective order); Dkt. 26 (Clerk's Notice); Civil Local Rule 11-3(b).

On May 6, 2025, the Parties stipulated to an extension of the mediation deadline. [Dkt. 27]. Mr. Rooney remains on the stipulation and signed the stipulation indicating his *pro hac vice* is "forthcoming." *Id.* As of May 7, 2025, Defendant has not complied with this Court's Clerk's Notice or with this Court's Civil Local rules. Failure to timely file a *pro hac vice* application may lead to

sanctions. *See Koji IP, LLC v. Renesas Elecs. Am., Inc.*, No. 24-CV-03089-PHK, 2025 WL 917110, at *1 (N.D. Cal. Mar. 26, 2025).

Accordingly, Attorneys for Defendant Cherne Contracting Corporation are **ORDERED TO SHOW CAUSE** in a **one-page** filing why Mr. Rooney has not complied with the Court's directive and why sanctions should not be imposed. Alternatively, a filing of Mr. Rooney's *pro hac vice* application shall automatically discharge this order to show cause. The response to this order to show cause is due no later than **May 14, 2025**. Failure to timely respond to this order to show cause may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: May 7, 2025

_____
PETER H. KANG
United States Magistrate Judge

2